**ORDERED.**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-21912/165950557

Dated: October 13, 2009

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Eileen Marie Wilson and Robert J. Wilson<br>        Debtors.<br>―――――――――――――――――<br>BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.<br>        Movant,<br>   vs.<br><br>Eileen Marie Wilson and Robert J. Wilson, Debtors, Gayle E. Mills, Trustee.<br>        Respondents. | No. 4:09-BK-19691-EWH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #10) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is, further described as:

> Lot 327, of Presidio Del Cielo, according to the plat of record in the Office of the County Recorder of Pima County, Arizona, recorded in book 58 of maps, page 39 and declaration of scrivener's error recorded in docket 12316, page 2832.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT